| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>TODD FRIEDMAN SBN 216752<br>Law Offices of Todd M. Friedman,PC<br>21550 Oxnard St. #780<br>Woodland Hills CA 91367<br>ATTORNEY FOR   Plaintiff | TELEPHONE NUMBER<br>(888) 595-9111<br><br>Ref. No. or File No.<br>L17039225ATF | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Fabricant, Terry v. Fast Advance Funding, LLC | | |
| INVOICE NO.   DATE:   TIME:   DEP./DIV.<br>1707863 | | CASE NUMBER:<br>2:17-cv-05753-AB-JC |

United States District Court

Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons; Complaint; Notice of Interested Parties; Notice of Interested Parties; Notice of Assignment; Notice of ADR Program;

Fast Advance Funding, LLC

At: 141 N. 2nd St.
    Philadelphia, PA 19106

I served the party by substituted service. By leaving copies with:

John Doe, refused to give his name
Gender: M   AGE: 38   Height: 5'7   Weight: 220   Race: caucasian   Hair: bald   Other:

Whose title is: Authorized to Accept

On: 8/23/2017                    At: 02:26 PM

A declaration of mailing is attached

Person who served papers

CONTINUED ON NEXT PAGE

Declaration of Service

Billing Code: L17039225ATF

| PLAINTIFF/PETITIONER: | Terry Fabricant | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Fast Advance Funding, LLC | 2:17-cv-05753-AB-JC |

    a. Name: John D. Scanlon
    b. Address: 15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709
    c. Telephone number: 909-664-9577
    d. The fee for this service was: 168.00
    e. I am:
    (3) [X] a registered PA process server:
        (i) [X] Independent Contractor
        (ii) Registration No.:
        (iii) County: 0

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

8/24/2017

John D. Scanlon

*(signed)* John D. Scanlon

**Declaration of Service**

**Billing Code:** L17039225ATF

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>TODD FRIEDMAN SBN 216752<br>Law Offices of Todd M. Friedman,PC<br>21550 Oxnard St. #780<br>Woodland Hills CA 91367<br>ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>(888) 595-9111<br><br>Ref. No. or File No.<br>L17039225ATF | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Fabricant, Terry v. Fast Advance Funding, LLC | | |
| INVOICE NO.    DATE:    TIME:    DEP./DIV.<br>1707863 | | CASE NUMBER:<br>2:17-cv-05753-AB-JC |

United States District Court

Declaration of Service by Mail

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On 08/24/2017, I served the within:

Summons; Complaint; Notice of Interested Parties; Notice of Interested Parties; Notice of Assignment; Notice of ADR Program;

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: Chino Hills, California, addressed as follows:

Fast Advance Funding, LLC
141 N. 2nd St.
Philadelphia, PA 19106

Declarant:
  a. Name: Patty Gonzalez
  b. Address: 15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709
  c. Telephone number: 909-664-9577
  d. The fee for this service was: 168.00
  e. I am:
  (3) [X] a registered California process server:
      (i) [X] Employee
      (ii) Registration No.: 1086
      (iii) County: San Bernardino

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in

CONTINUED ON NEXT PAGE

**Declaration of Service by Mail**

Billing Code: L17039225ATF

| PLAINTIFF/PETITIONER: | Terry Fabricant | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Fast Advance Funding, LLC | 2:17-cv-05753-AB-JC |

the return of service and statement of fees is true and correct.

8/24/2017

Patty Gonzalez

> *Patricia Gonzalez* (signature)

**Declaration of Service by Mail**

**Billing Code:** L17039225ATF