UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 17-05753-AB (JCx) | Date: | June 22, 2018 |

| | |
|---|---|
| Title: | Terry Fabricant v. Fast Advance Funding, LLC et al |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Yoel Shaul Hanohov | William A Delgado |

**Proceedings:** DEFENDANT FAST ADVANCE FUNDING LLC'S COUNSEL, WILLENKEN WILSON LOH & DELGADO LLP'S MOTION TO WITHDRAW AS COUNSEL [31]

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.

Defendant shall submit, Under Seal, the documents as discussed in Court and on the record by no later than Monday, June 25, 2018.

IT IS SO ORDERED.