William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Amelia L.B. Sargent (Bar No. 280243)
asargent@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:   (213) 955-9250

Attorneys for Defendant
FAST ADVANCE FUNDING LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAST ADVANCE FUNDING, LLC; JAMIE MCELHONE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-05753-AB-JC<br><br>**NOTICE OF LODGING OF REGISTERED MAIL DELIVERY RECEIPT AND CONFIRMATION**<br><br>Assigned to the Hon. Andre Birotte, Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE THAT Defendant Fast Advance Funding LLC's counsel, Willenken Wilson Loh & Delgado LLP ("Willenken" or "Counsel"), hereby lodges as Exhibit A, a true and correct copy of an U.S. Postal Service Receipt for Registered Mail reflecting that, on June 28, 2018, a copy of the Order Granting Motion to Withdraw as Counsel was sent to Fast Advance Funding, LLC, 20 N. 3rd Street, Philadelphia, PA 19106.

  Attached as Exhibit B is a printout from the tracking page of the U.S. Postal Service's website showing the Order Granting Motion to Withdraw as Counsel was delivered on July 9, 2018.

Dated: July 10, 2018

WILLENKEN WILSON LOH & DELGADO LLP

By: */s/ William A. Delgado*
  William A. Delgado
  Attorneys for Defendant
  FAST ADVANCE FUNDING LLC

NOTICE OF LODGING
1

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

I also served a copy of this filing on Norm Valz by e-mail at: nvalz@msn.com and on Fast Advance Funding, LLC by U.S. mail at: 20 N. 3rd Street, Philadelphia, PA, 19106.

Dated: July 10, 2018　　　　　　　　　WILLENKEN WILSON LOH & DELGADO LLP

By: */s/ William A. Delgado*
　　William A. Delgado
　　Attorneys for Defendant
　　FAST ADVANCE FUNDING LLC