UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAST ADVANCE FUNDING, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 17-05753-AB (JCx)<br><br>**ORDER DISMISSING CIVIL ACTION AS TO INDIVIDUAL CLAIMS ONLY** |

THE COURT having been advised by counsel that the above-entitled action has been settled as to the individual claims only;

IT IS THEREFORE ORDERED that this action, as to the individual claims only, is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

1.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 24, 2020  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE