JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TERRY FABRICANT, individually
and on behalf of all others similarly
situated,

Plaintiff,

vs.

FAST ADVANCE FUNDING LLC;
and DOES 1 through 10, inclusive,

Defendant(s).

Case No.

**2:17-CV-05753-AB-JC**

**ORDER TO DISMISS WITH
PREJUDICE AS TO PLAINTIFF
AND WITHOUT PREJUDICE AS
TO CLASS CLAIMS.**

　　IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　//

　　//

Each party shall bear their own costs and attorneys' fees.

Date: August 17, 2020

_____
Honorable Judge of the District Court